UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE<br>UNITE HERE NATIONAL HEALTH FUND and<br>TRUSTEES OF THE<br>UNITE HERE NATIONAL RETIREMENT FUND,<br>                  Petitioners,<br>against<br>JANEF INC. a/k/a<br>MAYFLOWER MFG. CO. a/k/a<br>ALPERIN CO.,<br>                  Respondent. | NOTICE OF PETITION<br>08 Civ. 5537 (BSJ) |

Sir(s):

**PLEASE TAKE NOTICE**, that upon the annexed Petition of David C. Sapp, Esq., duly verified the 13th day of June 2008, and the accompanying Memorandum of Law, the undersigned will Petition this Court, before the Honorable Barbara S. Jones at the United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York 10007, on the _____ day of _____ 2008, at _____ A.M., in the morning of that day, or as soon thereafter as counsel may be heard, for an order confirming the Arbitration Award of Dr. Philip Ross, dated June 29, 2007, and granting Judgment in favor of the Trustees of the UNITE HERE National Health Fund in the amount of $74,995.63 for delinquent contributions, $13,655.28 for interest to the date of the Award pursuant to ERISA Section 502(g)(2), $50.00 for the Arbitrator's fees, $16.00 for Auditor's fees and costs, and $75.00 for legal fees, all totaling $88,791.91, together with interest from the date of the Arbitration Award to the date of the Judgment, and the costs incurred in connection with this proceeding; and Judgment in favor of the Trustees of the UNITE HERE National Retirement Fund in the amount of $7,776.91 for delinquent contributions, $1,416.00 for interest to the date of the Award pursuant to ERISA Section 502(g)(2), $50.00 for the Arbitrator's fees, $16.00 for Auditor's fees and costs, $75.00 for legal fees, all totaling $9,333.91, together with interest from the date of the Arbitration Award to the date of the Judgment, and the costs incurred in connection with this proceeding; and such other further legal and equitable relief the Court deems appropriate.

Dated: August 5, 2008
       New York, New York

                                                  Yours, etc.

                                                  David C. Sapp, Esq. – DS 5781
                                                  Attorney for Petitioners
                                                  730 Broadway, 9th Floor
                                                  New York, New York 10003
                                                  (212) 539-5576

To:     Janef Inc. a/k/a
          Mayflower Mfg. Co. a/k/a
          Alperin Co.
          3 Maxson Drive
          Old Forge, Pennsylvania 18518